UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY,

    Plaintiffs,

v.

RONALD LARSEN, et al.,

    Defendants.
    _____/

Case No. 1:12-cv-1351

RONALD LARSEN,                       HON. JANET T. NEFF

    Cross-Claimant,

v.

STEVEN J. MCKINLEY AGENCY, et al.,

    Cross-Defendants.
    _____/

## **ORDER**

    This is a civil action. Cross-Defendants filed a Motion for Summary Judgment (Dkt 48) and Plaintiff filed a Motion for Declaratory Judgment (Dkt 56). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on September 11, 2014, recommending that this Court grant these motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 69) is APPROVED and ADOPTED as the Opinion of the Court for the reasons and in the manner stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Declaratory Judgment (Dkt 56) and Cross-Defendants' Motion for Summary Judgment (Dkt 48) are GRANTED.

A Judgment will be entered consistent with this Order.

Dated: September 30, 2014          /s/ Janet T. Neff
                                    JANET T. NEFF
                                    United States District Judge